**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John Hernandez,<br>Daniel Kairis, and<br>Michael Zamora, | ) | Case No. 24-cv-7034 |
| Plaintiffs, | ) | |
| v. | ) | |
| Annette Nance-Holt, | ) | |
| Defendant. | ) | |

**<u>Complaint</u>**

NOW COME Plaintiffs, John Hernandez, Daniel Kairis, and Michael Zamora, by and through their attorney, and allege the following against Defendant, Annette Nance-Holt:

**Parties**

1. John Hernandez, Daniel Kairis, and Michael Zamora are currently employed by the City of Chicago Fire Department as firefighters.

2. Hernandez, Kairis and Zamora have all earned the rank of Lieutenant.

3. The Defendant is Annette Nance-Holt, the Fire Commissioner for the City of Chicago.

4. Nance-Holt was appointed as Fire Commissioner by then-Mayor of Chicago, Lori Lightfoot.

5. Nance-Holt currently serves at the pleasure of the current Mayor of Chicago, Brandon Johnson.

6. The City of Chicago is a municipal corporation with its principal offices at City Hall, 121 N. LaSalle St. in Chicago, Illinois 60602.

## Jurisdiction & Venue

7. This case is properly in federal court, because it arises under a federal statute, 42 U.S.C § 1981 (hereinafter referred to as § 1981), which derives from Section 1 of the 1866 Civil Rights Act, as amended.

8. The Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 1343 (civil rights).

9. Venue is proper in the Northern District of Illinois, Eastern Division, because the acts and omissions complained of below (racial preferences in employment) concern employment that would have been in this District, specifically in Chicago, Illinois.

## Count 1: Violation of § 1981 Against Nance-Holt

10. Plaintiff re-alleges paragraphs 1-9 as if copied and pasted here.

11. On June 20, 2023, Hernandez, Kairis and Zamora took the written exam to be promoted to the rank of Captain.

12. On August 6, 2023, Hernandez, Kairis and Zamora, took the oral exam to be promoted to the rank of Captain.

13. To date, plaintiffs' test scores have not been released.

14. Commissioner Nance-Holt has forestalled the release of their test scores.

15. Nance-Holt has forestalled the release of the Captain test scores because she wants to achieve a certain quota of promotions for African-Americans, and she has been unable to reach agreement with the union (Chicago Fire Fighters Local No. 2) to achieve her racial preferences.

16. Hernandez, Kairis, and Zamora are not African-American.

17. Under § 1981, all persons within the jurisdiction of the United States shall have the same rights to make and enforce contracts, despite their race.

18. By exercising preference for a certain race in employment decisions, Nance-Holt has violated (and continues to violate) § 1981.

19. Hernandez, Kairis, and Zamora have been damaged by Nance-Holt's violation of § 1981, in at least the following ways:

a. their promotions to Captain have been delayed, causing them to lose income (Captain pay is higher than Lieutenant pay);

b. their promotions to Captain have been delayed, causing them to suffer emotional distress; and

c. their monthly pension amounts after retirement are likely to be reduced (dependent on when, if ever, their test scores are released and they are promoted thereafter), because a firefighter must retire at age 63, and pension will be calculated based on the last 4 years of his pay.

WHEREFORE, Plaintiffs request that Nance-Holt be found liable for violating Section § 1981; that she be ordered to cease and desist from exercising racial preference in employment decisions; and that the Plaintiffs be awarded all damages to which they are entitled.

*Respectfully submitted by:*

/s/ Julie Herrera
Law Office of Julie O. Herrera
159 N. Sangamon St., Ste. 200
Chicago, IL 60607
312-479-3014 (Phone)
708-843-5802 (Fax)
jherrera@julieherreralaw.com

Dated: 8/9/24